IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**EDDIE L. HAWKINS**                                                                              **PLAINTIFF**

v.                         **NO. 2:16CV00040 JLH/JTK**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                            **DEFENDANT**

### ORDER

The Court has reviewed the Recommended Disposition submitted by Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Eddie L. Hawkins's Complaint (Doc. No. 2) is DISMISSED with prejudice.

DATED this 19th day of April, 2017.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE