# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**EDDIE L. HAWKINS**                                                   **PLAINTIFF**

**v.**                      **NO. 2:16CV00040 JLH/JTK**

**NANCY A. BERRYHILL, Acting Commissioner,**
**Social Security Administration**                                  **DEFENDANT**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 19th day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE